## Commonwealth *v.* McKay, Appellant.

Submitted March 17, 1975. *Douglas Riblet* and *John W. Packel,* Assistant Defenders, and *Benjamin Lerner,* Defender, for appellant; *Neil Kitrosser, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* McMorris, Appellant.

Submitted April 14, 1975. *Cambridge L. McMorris,* appellant, in propria persona; *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Mechlin, Appellant.

Submitted April 14, 1975. *Norman A. Levine,* Public Defender, for appellant; *Donald E. Williams,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.